06193463 (SBB)
06287296 (TPS)   SBB:gpm   05/6/08   WHITE   17271-9-71

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RAS 'CJ' a/k/a DAVID TRATT, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 06-CV-3864 |
| JOHN E. ZARUBA, in his official capacity as Sheriff, for the county of DuPage, GARY LAVERY, in his official capacity as Jail Administrator, for the county of DuPage; MARTIN C. MANION, in his official capacity Deputy, for the county of DuPage, THOMAS STANFA, in his official capacity as Asst. State Attorney, for the county of DuPage, RICHARD ANDERSON, in his offical capacity as Chaplain, for the county of DuPage, ARAMARK, in its official capacity as Food Service Contractor, for the county of DuPage, OLIVER HASSETT, in his official capacity as Aramark Food Supervisor, contracted to the county of DuPage, ERNESTINE DLEY, in her official capacity as Aramark Asst. Food Service Supervisor contracted to the county of DuPage, | ) Hon. Judge Robert W. Gettleman<br>) Mag. Judge Sidney I. Schenkier |
| Defendants. | ) |

## MOTION FOR ENTRY OF JUDGMENT

NOW COMES defendant, RICHARD ANDERSON, by and through his attorney, Steven B. Borkan of STELLATO & SCHWARTZ, LTD., and moves this Honorable Court pursuant to Fed. R. Civ. P. 58(d) for an entry of judgment. In support thereof, defendant states as follows:

1. On September 20, 2006, plaintiff, RAS 'CJ' a/k/a DAVID TRATT ("plaintiff"), filed an Amended Complaint naming eight defendants, including RICHARD ANDERSON

("ANDERSON").

2.	On December 27, 2007, this Court ordered plaintiff's Amended Complaint dismissed without prejudice with leave to reinstate on or before April 28, 2008. *See* Order (December 27, 2007) (Doc. No. 131.) This Court also ordered that upon failure to file a timely motion to reinstate, that dismissal will be with prejudice and become final in all events on April 29, 2008. (*Id.*)

3.	As of April 28, 2008, plaintiff neither moved to reinstate the Amended Complaint nor made any other filings nor in any other way indicated that he intends to prosecute this lawsuit.

4.	Accordingly, pursuant to this Court's order of December 27, 2007, this lawsuit is dismissed with prejudice and finality, and defendant ANDERSON is entitled to have judgment entered on this claim pursuant to Fed. R. Civ. P. 58(d).

WHEREFORE defendant RICHARD ANDERSON prays this Court enter judgment pursuant to Fed. R. Civ. P. 58(d) on RAS 'CJ' a/k/a DAVID TRATT's Amended Complaint.

> Respectfully submitted,
>
> STELLATO & SCHWARTZ, LTD.
>
>
> By:   s/ Steven B. Borkan
>         Steven B. Borkan

30707
STELLATO & SCHWARTZ, LTD.
Attorney for Defendant - Anderson
120 North LaSalle Street
Suite 3400
Chicago, IL 60602
(312) 419-1011